IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03107-BNB

ROBERT J. DRISKELL,

    Plaintiff,

v.

BRUCE R. THOMPSON, Chief Financial Officer (CFO), doing business as
    CFO BRUCE R. THOMPSON BANK OF AMERICA, N.A.,
BANK OF AMERICA N.A., et al.,
JOHN DOE 1-100, and
SUCCESSOR BY MERGER BAC HOME LOANS SERVING, LP, formerly known as
    COUNTRYWIDE HOME LOANS, LP,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 30, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge